STEPHAN KODENSKI, Respondent, v. BARUCH OIL CORPORATION et al., Appellants, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellants. We think that the order directing discovery is too broad, not only with respect to the right of discovery but also in respect to some of the items included. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

GENERAL ANILINE & FILM CORPORATION, Appellant, v. REMBRANDT GRAPHIC ARTS Co., INC., Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. The defendant failed to show that the judgment against it was the result of mistake, inadvertence, surprise or excusable neglect as provided for in section 108 of the Civil Practice Act. On the contrary the default here appears to have been intentional. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

HENRI BENDEL, INC., Respondent, v. YOUNG TIMERS, INC., Appellant.— Order unanimously modified so as to provide that items 2, 10, 17 and 21 of the notice of examination be eliminated as unnecessary or immaterial, and, as so modified, affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

GREAT WESTERN FOOD DISTRIBUTORS, INC., Appellant, v. BARAD-SHAFF SALES Co. INC. et al., Respondents.— Order unanimously modified so as to allow in addition items b, c and g and, as so modified, affirmed. These are proper items. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

CONNERS-STANDARD MARINE CORPORATION, Respondent, v. NEW YORK DOCK COMPANY et al., Defendants, and REPUBLICA ARGENTINA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.